William E. BEDELL v. John J. RYAN, Superintendent, United States Detention Farm.

No. 7723.

Circuit Court of Appeals, Sixth Circuit.

Oct. 15, 1937.

William E. Bedell, of Milan, Mich., pro se.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

Order affirmed.